JED P. WHITE (CA Bar No. 232339)
CURT R. WIELE (CA Bar No. 272412)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
E-Mail:      jed.white@bryancave.com
E-Mail:      curt.wiele@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A.,
FEDERAL NATIONAL MORTGAGE
ASSOCIATION, and RECONTRUST
COMPANY, N.A.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

GILBERT VALDEZ and IRMA
VALDEZ,

                    Plaintiffs,

          v.

BANK OF AMERICA, an unknown
entity; FEDERAL NATIONAL
MORTGAGE ASSOCIATION, an
unknown entity; and DOES 1 through
100, inclusive,

                    Defendants.

Case No. 2:11 cv-06233-R- MRW

**ORDER GRANTING
DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' FIRST
AMENDED COMPLAINT**

[Filed Concurrently with Motion to
Dismiss and Request for Judicial
Notice]

Date:  December 19, 2011
Time:  10:00 a.m.
Dept: 8

Complaint Filed:   June 20, 2011
Action Removed:   July 28, 2011

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386

SM01DOCS\862025.1

PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FAC

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1

2      The Motion to Dismiss Gilbert and Irma Valdez's ("Plaintiffs") First

3  Amended Complaint, by Defendants Bank of America, N.A., Federal National

4  Mortgage Association, and Recontrust Company, N.A. (collectively, "Defendants"),

5  came on for hearing before this Court, the Honorable Manuel Real presiding.  The

6  Court, having considered the papers filed both in support of and in opposition to the

7  Motion, and the oral arguments of counsel at the hearing, and for reasons as stated

8  on the record,

9      HEREBY ORDERS that:

10      Defendants' Motion to Dismiss is granted in its entirety.  The First Amended

11  Complaint of Plaintiffs Gilbert and Irma Valdez is dismissed, in its entirety, with

12  prejudice.

13

14      IT IS SO ORDERED.

15

16  Dated:  Dec. 19, 2011    _____

17                 United States District Court Judge,
                   HON. MANUEL REAL

18

19

20

21

22

23

24

25

26

27

28

SM01DOCS\862025.1

PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FAC

1

## CERTIFICATE OF SERVICE
## (U.S. Code § 1746)

2

3      I am employed in the County of Los Angeles, State of California.  I am over
the age of 18 and not a party to the within action.  My business address is Bryan
4 Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.  My email address
is debbie.throckmorton@bryancave.com

5      On October 11, 2011, I served the foregoing document, described as
**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**
6 **PLAINTIFF'S FIRST AMENDED COMPLAINT**, on each interested party in
this action, as follows:

7

| | |
|---|---|
| Eli J. Karpeles<br>KARPELES & ASSOCIATES<br>8383 Wilshire Blvd., Suite 346<br>Beverly Hills, CA 90211<br>E-Mail:  sfkarpeleslaw@gmail.com | *Attorney for Plaintiffs*<br>*Gilbert & Irma Valdez*<br><br>Tel: (323) 782-1344<br>Fax: (323) 782-1975 |

8

9

10

11

12      ☒      (VIA U.S. MAIL):  I placed a true copy (or original) of the foregoing
document in a sealed envelope addressed to each interested party set forth below.  I
13 placed each such envelope, with postage thereon fully prepaid, for collection and
mailing at Bryan Cave LLP, Santa Monica, California.  I am readily familiar with
14 Bryan Cave LLP's practice for collection and processing of correspondence  for
mailing with the United States Postal Service.  Under that practice, the
15 correspondence would be deposited in the United States Postal Service on that same
day in the ordinary course of business.

16      ☒      (VIA ELECTRONIC SERVICE):  The document was served via The
17 United States District Court –Central District's CM/ECF electronic transfer system
which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned
18 judge and any registered user in the case.  Each transmission was reported as
complete and without error.

19      ☒      (FEDERAL ONLY)  I declare that I am employed in the office of a
20 member of the bar of this Court at whose direction the service was made.

21      I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

22      Executed on October 11, 2011, at Santa Monica, California.

23                                     By:  */s/ Debbie Throckmorton*
24                                            Debbie Throckmorton

25

26

27

28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386